**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, ) | No.  CR-00-00169-01-PHX-SPL |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER REVOKING SUPERVISED** |
| ) | **RELEASE** |
| Eric Dewayne Phillips, ) | |
| #44977-008 ) | |
| Defendant. ) | |
| ) | |

A Petition to Revoke Supervised Release has been filed and Defendant has admitted the allegation that he violated Special Condition #8 of his conditions of supervised release. The Court finds the Defendant has violated the terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. § 3583(e), the U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report.  The Court finds Defendant's supervised release should be revoked.

Accordingly,

**IT IS THE JUDGMENT OF THIS COURT THAT** Defendant's supervised release is **REVOKED.**

**IT IS ORDERED** committing Defendant to the custody of the Bureau of Prisons for a term of **FIFTEEN (15) MONTHS** on Counts 1, 2 and 3.

**IT IS FURTHER ORDERED** that no further period of supervised release is imposed.

**IT IS FURTHER ORDERED** dismissing all remaining allegations of the petition.

The Court affirms any previous order imposing special assessment, fine, or restitution in this case.

Defendant is advised of his right to appeal.

Dated this 31st day of August, 2020.

_____
Honorable Steven P. Logan
United States District Judge