| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 29 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10285 |
| Plaintiff-Appellee, | D.C. No. 2:00-cr-00169-SPL-1<br>District of Arizona,<br>Phoenix |
| v. | |
| ERIC DEWAYNE PHILLIPS, AKA Eric Dwayne Phillips, | ORDER |
| Defendant-Appellant. | |

The motion of appellant's appointed counsel, David Eisenberg, Esq., to be relieved as counsel of record and for appointment of new counsel (Docket Entry No. 17) is granted. Counsel will be appointed by separate order.

The Clerk will electronically serve this order on the appointing authority for the District of Arizona, who will locate appointed counsel. The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel. The appointing authority is also requested to appoint an attorney who will give immediate attention to this appeal.

In light of appellant's anticipated release date of July 27, 2021, the court sua sponte expedites the briefing and hearing of this appeal. The reporters' transcripts

have been filed.  The opening brief and excerpts of record are due March 15, 2021; the answering brief is due April 14, 2021; and the optional reply brief is due within 14 days after service of the answering brief.

No streamlined extensions of time will be approved.  *See* Ninth Circuit Rule 31-2.2(a)(1).  No written motions for extensions of time under Ninth Circuit Rule 31-2.2(b) will be granted absent extraordinary and compelling circumstances.

Appellant's pro se motion to relieve counsel and to appoint new counsel (Docket Entry No. 18) is denied as moot.  To the extent that appellant requests the appointment of counsel Ashley D. Adams, Esq., the request is denied.  Appellant is not entitled to appointment of counsel of his choice.

The Clerk will serve this order on former counsel Eisenberg and on appellant individually at Reg. No. 44977-008, FCI Tucson, Federal Correctional Institution, P.O. Box 23811, Tucson, AZ 85734.

FOR THE COURT:

Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7